### M. D. LAMB, et al., v. HUGHIE KELLY WEAVER

19 So. (2nd) 701　　　　　　　　　　　　　　　　June Term, 1944
November 10, 1944　　　　　　　　　　　　　　　　　　Division A

*H. G. Jones,* for appellant.

*M. A. Rosin,* for appellee.

PER CURIAM:

The judgment appealed from was entered in an action of ejectment. The issue was framed on the usual form of declaration and pleas of not guilty. A jury was waived and the case was tried before the circuit judge.

The principal question here relates to the sufficiency of the evidence to sustain the verdict. We have duly considered the evidence and find it sufficient.

The judgment is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.